**Paul Price**
Name
**POB 230328**
Mailing address
**Anchorage, Ak 99523**
City, State, Zip
**202-680-2162**
Telephone

*(handwritten)* Ezzard C. Batiste
3846 Checkmate Dr
Anchorage, AK 99508
907-350-6188

*(handwritten right)* Chatchai Udomporn
Po Box 2264
Palmer AK 99645
907-532-3138

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

RECEIVED

MAR 0 9 2016

Clerk, U.S. District Court
Anchorage, A.K.

**Paul Price, Chatchi Udomporn, Ezzard Batiste**
(Enter full name of plaintiff in this action)
                                        Plaintiff,

vs.

**Chief, General Litigations Division**        ,

**Air Force Legal Operations Agency**        ,

_____ ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                    Defendant(s).

Case No. 3:16 cv D063 TMB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of **Paul Price, Chatchi Udomporn, Ezzard Batiste**        ,

                                        (print your name)

Who presently resides at: **POB 230328, Anchorage, AK 99523**
                                    Mailing address

were violated by the actions of the individual(s) named below.

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **Chief, General Litigation Division**_____is a citizen of
        (name)

_Joint Base, Andrews_, and is employed as an **Air Force Legal Operations Agency**___.
    (state)                                    (defendant's government position/title)

_XXX_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____is a citizen of
                        (name)

_____, and is employed as a_____.
    (state)                                (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____is a citizen of
                        (name)

_____, and is employed as a_____.
    (state)                                (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 2 of 7

<u>Claim 1</u>: On or about **06/15/2015**                  , my civil right to

(Date)

**Employment discrimination, Title VII, No Fear Act, Equal Pay Act**

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List <b>only one</b> violation.)

was violated by  <u>Chief, General Litigation Division, Air Force Legal Operations Agency</u>

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

The defendant has overlooked, barred and condoned the consistent application bias for: black, male, disabled veterans. I attempted to use the EEO process for my complaint but it was dismissed because of a procedural misstep and "v3.0 of the EEO STAT software" used by many federal government offices to pro-long and frustrate employees attempting to use the EEO process. During the EEO process the Department of Veterans never provided the information requested: "the names, gender, education, veteran and disability status of those employees that were hired into the positions that I named during the EEO process". We have not been able to obtain employment with the agency associated with my military service, my education and information technology credentials. The information Technology series within government and private industry has been and is a "top heavy white male" senior level occupation. It has been extremely depressing and demoralizing to know that the federal government still works in that realm in spite of Executive Orders issued by several Presidents of the United States, continues to create environments where the statuesque is well documented and protected.

I would like to request for an appointment to file a class complaint in respect to Agency's Docket Numbers Udomporn - 9M0R10008, 9M0R11001, 9M0R13005; Batiste - 9M0R15004; and Price - 9M0R130003, 9M0R13007 for liked and related claims under Title VII, EPA, No FEAR Act, ADA, and Sections 102, 103, 501, and 505:

As veterans, the 673 ABW has violated our civil rights and discriminated against us on the basis of our race (Thai, Black), color (nonwhite), and national origin (Asian, African American) when it comes to the terms and conditions of employment policies and practices.

There is no opportunity for career laddering or advancement, training, promotion, bonuses and awards, overtime, etc., when compared to Caucasian employees. Despite our hard working efforts, poor performance Caucasian employees continue to be awarded and promoted over minority employees.

Career ladders are only offered to Caucasian employees without having to demonstrate progression in the level of performance or have to clearly demonstrate the ability to perform at the next higher level before being promoted to the next grade.

Training is not provided on an equitable basis when funds are available to ensure the maximum efficiency in the performance of his/her assigned duties; training and education programs are not

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

disseminated widest when they become available; the criteria for approval of training and the nomination procedures are not briefed; do not receive the training necessary to perform the duties and/or maintain certification and/or license necessary to current positions; and supervisors do not determine, provide, evaluate, and document training needs on a fair and equitable basis when compared to Caucasian employees.

In regards to time and attendance, overtime is not fair and equitable among employees on a rotating basis and seniority is used as a factor in assigning overtime. When offered, employees are forced to work overtime against their expressed desires when other qualified employees are willing to work or already scheduled to work.

When it comes to appraisal, supervisors do not promote a fair and equitable performance appraisal system that rewards exceptional performance, but instead they reward Caucasian employees who are mediocre and substandard performers.

Minorities are forced to work in a hostile and toxic work environment with ongoing harassment and reprisal.

Reprisal--Supervisors and managers retaliate against minorities who complained of unlawful discrimination with disciplinary and adverse actions as punitive actions to keep silent e.g. repeated counseling, security clearances and accesses suspended, denied access to facility, removed from workplace multiple times, subjected to CDI and security investigations, placed on administrative leave, placed in a different work assignment/position, threaten with suspension without pay (a proposal to take a personnel action, or other preliminary step to taking a personnel action, is retaliatory).

Neither the allegations of dissatisfaction regarding the processing of our pending complaints, whether or not it alleges prohibited discrimination as a basis for dissatisfaction, including that agency counsel/representatives improperly interfered during the investigation of the complaint, nor the allegations have been referred to the agency official responsible for the quality of complaints processing. The Agency has not earnestly attempted to neither resolve our dissatisfactions with the complaint processing nor add a record of the complainants' concerns and any actions the agency took to resolve the concerns, to the complaint file. If no action was taken, the file does not contain an explanation of the agency's reason(s) for not taking any action.

_____

_____

_____

_____

_____

_____

_____

Claim 2: On or about <u>August 13, 2010</u> _____, my civil right to
(Date)

**Title VII, No Fear Act, Equal Pay Act**

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and<br>unusual punishment, etc. List **only one** violation.)

was violated by <u>Chief, General Litigation Division, Air Force Legal Operations Agency</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

I would like to request for an appointment to file a class complaint in respect to Agency's Docket Numbers Udomporn - 9M0R10008, 9M0R11001, 9M0R13005; Batiste - 9M0R15004; and Price - 9M0R130003, 9M0R13007 for liked and related claims under Title VII, EPA, No FEAR Act, ADA, and Sections 102, 103, 501, and 505:

As veterans, the 673 ABW has violated our civil rights and discriminated against us on the basis of our race (Thai, Black), color (nonwhite), and national origin (Asian, African American) when it comes to the terms and conditions of employment policies and practices.

There is no opportunity for career laddering or advancement, training, promotion, bonuses and awards, overtime, etc., when compared to Caucasian employees. Despite our hard working efforts, poor performance Caucasian employees continue to be awarded and promoted over minority employees.

Career ladders are only offered to Caucasian employees without having to demonstrate progression in the level of performance or have to clearly demonstrate the ability to perform at the next higher level before being promoted to the next grade.

Training is not provided on an equitable basis when funds are available to ensure the maximum efficiency in the performance of his/her assigned duties; training and education programs are not disseminated widest when they become available; the criteria for approval of training and the nomination procedures are not briefed; do not receive the training necessary to perform the duties and/or maintain certification and/or license necessary to current positions; and supervisors do not determine, provide, evaluate, and document training needs on a fair and equitable basis when compared to Caucasian employees.

In regards to time and attendance, overtime is not fair and equitable among employees on a rotating basis and seniority is used as a factor in assigning overtime. When offered, employees are forced to work overtime against their expressed desires when other qualified employees are willing to work or already scheduled to work.

When it comes to appraisal, supervisors do not promote a fair and equitable performance appraisal system that rewards exceptional performance, but instead they reward Caucasian employees who are mediocre and substandard performers.

Minorities are forced to work in a hostile and toxic work environment with ongoing harassment and reprisal.

Reprisal--Supervisors and managers retaliate against minorities who complained of unlawful discrimination with disciplinary and adverse actions as punitive actions to keep silent e.g. repeated counseling, security clearances and accesses suspended, denied access to facility, removed from workplace multiple times, subjected to CDI and security investigations, placed on administrative leave, placed in a different work assignment/position, threaten with suspension without pay (a proposal to take a personnel action, or other preliminary step to taking a personnel action, is retaliatory).

Neither the allegations of dissatisfaction regarding the processing of our pending complaints, whether or not it alleges prohibited discrimination as a basis for dissatisfaction, including that agency counsel/representatives improperly interfered during the investigation of the complaint, nor the allegations have been referred to the agency official responsible for the quality of complaints processing. The Agency has not earnestly attempted to neither resolve our dissatisfactions with the complaint processing nor add a record of the complainants' concerns and any actions the agency took to resolve the concerns, to the complaint file. If no action was taken, the file does not contain an explanation of the agency's reason(s) for not taking any action.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

Claim 3: On or about <u>June 1, 2015</u>                                                    , my civil right to
                                        (Date)
**Title VII, No Fear Act, Equal Pay Act, Employment Discrimination**
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)

was violated by  Chief, General Litigation Division, Air Force Legal Operations Agency
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

---

Was Complainant discriminated against on the basis of disability (physical) when:

On February 8, 201 l, Lieutenant Colonel (Lt Col) Mark Snow directed Complainant to  carry computer equipment between floors without material handling support (claim 2a);

In November 2012, his workstation was disassembled while he was out office (claim

In 2011, the 673 Air Base Wing (ABW) Judge Advocate (JA) Office recommended Lt Col Mark Snow remove Complainant's AF Form 680 Performance Appraisal for the reporting period

In 2012, the ABW/JA Office recommended Lt Col Kim Taylor remove Complainant's AF Form 680 Performance Appraisal for the reporting period

From November20J2 to February 18, 2015, and on April 16, 2015, the Civilian Personnel Office required Complainant to complete four physical health exams;

Was Complainant was discriminated against on the basis of race (African-American), color (black), national origin (African American), age (64/born 1950), disability (physical), and reprisal (prior EEO activity, May 2000) when on April 20, 2012, Lt Col Snow issued Complainant a Notice of Proposed Complainant discriminated against and subjected to a hostile work environment on the basis of race (African-American), color (black), National origin (African American), disability (physical) when in November 2013, Lt Col Taylor berated Complainant at the Customer Service Counter); Was Complainant was discriminated against on the basis of race (African-American), color (black), national origin (African American), disability (physical) when:

On March 12, 2013, Lt Col Scott O'Malley cancelled Complainant's network access;  In 2013, Senior Master Sergeant (SMSgt) Thomas Temple deducted two hours of Complainant's leave; In July 2013 Lt Col Kelly Sams advised the Civilian Personnel Office to non-select Complainant for the Quartermaster Laundry GS-12 supervisory position);   On January 13, 2014, the Civilian Personnel Office reassigned him to a 673rd Communications Squadron, Plans and Programs, GS-2210-11 position)

---

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**?_____Yes XXX_No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____Date of final decision: _____

Disposition: _____Dismissed _____Appealed _____Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____Date of final decision: _____

Disposition: _____Dismissed _____Appealed _____Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $ **$300,000,000.00 dollar**s

3. An order requiring defendant(s) to DoD/AF to employ, promote, train Minority IT specs

4. A declaration that DoD/AF has discriminated against minorities WT corrective action
   underway

5. Other: _____

Plaintiff demands a trial by jury.  **XXXX** Yes_____No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at **Anchorage**_____ on ___3/09/2016_____
                    (Location)                                    (Date)

_____
        (Plaintiff's Original Signature)

_____
        (Plaintiff's Original Signature)

_____
        (Plaintiff's Original Signature)

_____     _____
Original Signature of Attorney (if any)                (Date)

_____
_____
_____
Attorney's Address and Telephone Number